USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FELIPE RIVAS, *on behalf of himself and*     :
*others similarly situated*,     :
    :
                Plaintiff,     :
        -against-     :
    :
FRANK BRUSCO MAINTENANCE, LLC,     :
FRANK BRUSCO, SR. AND FRANK     :
BRUSCO, JR,     :
              Defendants.     :
-----------------------------------------------------------------X

1:20-cv-08135-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court will hold a conference regarding Michael K. Chong, LLC's May 25, 2021 motion to withdraw as counsel of record for Defendants, Dkt. No. 19, on **June 2, 2021 at 3:00 p.m.** The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. Defendants Frank Brusco, Sr. and Frank Brusco, Jr. are ordered to participate in that conference. Counsel for Defendants is directed to write the Court by no later than **May 28, 2021** to confirm that Mr. Brusco, Sr. and Mr. Brusco, Jr. will attend the conference.

Due to the on-going novel coronavirus pandemic, the Southern District of New York has enacted certain protocols designed to ensure the safety of anyone appearing in any Southern District courthouse. This includes a requirement that every person appearing in a Southern District of New York courthouse complete a questionnaire and have their temperature taken. Instructions for completing this questionnaire are attached.

Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers if any member of your team does not meet the requirements.

Counsel for Defendants is directed to serve this order on Defendants and to retain proof of service.

SO ORDERED.

Dated:  May 26, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

# ATTENTION:
# ALL ENTERING THE COURTHOUSE

## Instructions for Entering the Courthouse



https://app.certify.me/SDNYPublic

**Step 1:**
Scan this QR code on your phone or visit the website listed to begin the registration process.
**To scan, use your phone camera and click the subsequent link that appears.

**Step 2:**
Fill out the form that appears. Be sure to use a mobile phone number.

**Step 3:**
Complete the Questionnaire. If you answer "yes" to any of these questions, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. If you have accidentally answered "yes" to a question instead of "no," please call (212) 805-0500 to receive another questionnaire.

**Step 4:**
Use your QR code, sent via text message, to scan in and enter the Courthouse. Proceed to the scanner, scan your QR code, and have your temperature taken via the thermal scanner. If the temperature reading is within the normal range, you may proceed into the Courthouse. If your temperature exceeds the normal range, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. The QR code will be needed each time you enter the Courthouse throughout the day. The code expires at the end of the day.

**If you have any questions, please call (212) 805-0500