USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 5/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

FELIPE RIVAS, *on behalf of himself and others similarly situated*,

Plaintiff,

-against-

FRANK BRUSCO MAINTENANCE, LLC, FRANK BRUSCO, SR. AND FRANK BRUSCO, JR,

Defendants.

-----------------------------------------------------------------X

1:20-cv-08135-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has reviewed Mr. Taub's and Mr. Chong's respective May 27, 2021 letters. Dkt. Nos. 21-22. Defendants' request to adjourn the conference scheduled for June 2, 2021 is denied. Mr. Taub has entered a limited appearance on behalf of Defendants for the purpose of the June 2, 2021 conference only. As a result, the Court understands that Defendants may be representing themselves *pro se* following the conference. Accordingly, the conference scheduled for June 2, 2021 at 3:00 p.m. will proceed as scheduled.

Defendants Frank Brusco, Sr. and Frank Brusco, Jr. are reminded that they are ORDERED to attend the June 2, 2021 conference. Current counsel for Defendants is reminded that he is directed to write the Court by no later than **May 28, 2021** to confirm that Mr. Brusco, Sr. and Mr. Brusco, Jr. will attend the conference.

Counsel for Defendants is directed to serve this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: May 27, 2021
New York, New York

GREGORY H. WOODS
United States District Judge