USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FELIPE RIVAS, *on behalf of himself and others similarly situated*,

                Plaintiff,

-against-

FRANK BRUSCO MAINTENANCE, LLC, FRANK BRUSCO, SR. AND FRANK BRUSCO, JR,

                Defendants.
-----------------------------------------------------------------X

1:20-cv-08135-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The parties' June 6, 2021 and June 7, 2021 requests to adjourn the conference scheduled for June 7, 2021 are granted. Dkt. Nos. 32-33. The Court will hold a conference regarding Michael K. Chong, LLC's May 25, 2021 motion to withdraw as counsel of record for Defendants, Dkt. No. 19, on **June 24, 2021 at 4:00 p.m.** The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Counsel for Defendants is directed to confirm that Frank Brusco, Sr. and Frank Brusco, Jr. will attend the conference on June 24, 2021.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 32 and 33.

SO ORDERED.

Dated: June 7, 2021
New York, New York

                                          GREGORY H. WOODS
                                          United States District Judge