```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FELIPE RIVAS,

                          Plaintiff,

      -against-

FRANK BRUSCO MAINTENANCE, LLC.,
FRANK BRUSCO, SR., and FRANK BRUSCO JR.,

                         Defendants.
-----------------------------------------------------------X

1:20-cv-8135

**CONSENT TO CHANGE ATTORNEY**

      **IT IS HEREBY CONSENTED**, that the law firm of SCHWAB & GASPARINI, PLLC., be substituted in place and stead of the law firm of LAW OFFICES OF MICHAEL CHONG, LLC., as attorneys for FRANK BRUSCO MAINTENANCE, LLC., FRANK BRUSCO, SR., and FRANK BRUSCO JR., in the above-entitled action as of the date hereof.

Dated: White Plains, New York
       June 23, 2021

By: Victor Aqeel, Esq.
Schwab & Gasparini, PLLC.
*Incoming Attorneys*
222 Bloomingdale Road, Suite 200
White Plains, New York 10605
(914) 304-4353

By: Michael Chong, Esq.
Law Offices of Michael Chong, LLC.
*Outgoing Attorneys*
2 Executive Drive, Ste. 240
Fort Lee, NJ 07024
(201) 947-5200

By: Frank Brusco, Sr.,
    Frank Brusco Maintenance, LLC.
    Park West Station
    P.O. Box 20084
    New York, NY 10025

Frank Brusco, Sr.

Frank Brusco, Jr.

Defendants have consented to changing their attorneys. Defendants' requests to adjourn the conference scheduled for June 24, 2021 and to withdraw Mr. Chong's motion at Dkt. No. 19, are granted. *See* Dkt. No. 39. The conference scheduled for June 24, 2021 is adjourned as moot. Mr. Chong's motion to withdraw as counsel for Defendants is withdrawn on consent. Substitute counsel is directed to the Court's November 25, 2020 Mediation Referral Order, Dkt. No. 10. The parties are directed to comply with that order forthwith.

The Clerk of Court is directed to terminate Mr. Chong from the list of active counsel in this case. The Clerk of Court is further directed to terminate the motions pending at Dkt. Nos. 19 and 39.

SO ORDERED.

Dated: June 24, 2021

GREGORY H. WOODS
United States District Judge