

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021

Louis U. Gasparini, Esq.
Partner
lgasparini@schwabgasparini.com

October 15, 2021

**Via ECF**
United States District Judge
***Attention: Magistrate Judge Hon. Sarah Netburn***
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   <u>Felipe Rivas. v. Frank Brusco Maintenance, LLC., et al.</u>;
    Case No.  1:20-cv-08135-GHW

Dear Judge Netburn:

  We have been retained by the defendants, Frank Brusco Maintenance LLC., Frank Brusco Sr., and Frank Brusco, Jr., (hereinafter collectively referred to as "defendants"), with respect to the above captioned matter.

  This matter is presently scheduled for an Initial Pretrial Conference on Tuesday October 19, 2021 at 10:30 a.m. With consent of plaintiff's counsel, we respectfully request an adjournment of this matter to October 22, 2021. This is our first request for an adjournment.

  We thank the Court for considering this application.

           Respectfully submitted,
           **SCHWAB & GASPARINI, PLLC**

           *Louis Gasparini*
           **LOUIS U. GASPARINI (4106142)**
           lgasparini@schwabgasparini.com

---

Defendant's motion for adjournment is GRANTED. The Initial Pretrial Conference currently scheduled for Tuesday, October 19, 2021 is RESCHEDULED for Friday, October 22, 2021 at 10:30 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.
**SO ORDERED**

                      _____
Dated: October 18, 2021        SARAH NETBURN
   New York, New York       United States Magistrate Judge

www.schwabgasparini.com
ALBANY | SYRACUSE | WHITE PLAINS | HUDSON VALLEY