USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

FELIPE RIVAS, on behalf of himself and others similarly situated,

                      Plaintiff,

-against-

FRANK BRUSCO MAINTENANCE, LLC, FRANK BRUSCO, SR., JOANNE BRUSCO, and FRANK BRUSCO, JR.,

                      Defendants.

---------------------------------------------------------------X

Case No. 20-CV-8135 (SN)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on October 1, 2020, plaintiff Felipe Rivas ("Plaintiff") filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, although commenced as a collective action, Plaintiff did not seek conditional certification, and no other individuals received notice of the action;

WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
~~January~~ , 2022
February 10,

| | |
|---|---|
| CILENTI & COOPER PLLC | SCHWAB & GASPARINI PLLC |
| /s/ Justin Cilenti | /s/ Louis Gasparini |
| Justin Cilenti, Esq. | Louis Gasparini, Esq. |
| 200 Park Avenue – 17th Floor | 222 Bloomingdale Road, Suite 200 |
| New York, NY 10017 | White Plains, NY 10605 |
| Tel: (212) 209-7102 | Tel: (914) 304-4353 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED.**

/s/ Sarah Netburn
SARAH NETBURN
United States Magistrate Judge

Dated: February 11, 2022
       New York, New York

2